IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHARLES A. KRUMWIEDE | ) | |
| | ) | |
| Plaintiff, | ) | 2:06-mc-18 |
| v. | ) | |
| | ) | |
| BRIGHTON ASSOCIATES, L.L.C., and | ) | |
| ISMAEL C. REYES, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER OF COURT

AND NOW, this 19th day of September, 2006, upon receipt, review and in-depth consideration of the following:

1. INTERIM REPORT AND RECOMMENDATIONS OF SPECIAL MASTER (Document No. 34);

2. OBJECTIONS TO INTERIM REPORT AND RECOMMENDATIONS OF SPECIAL MASTER OR IN THE ALTERNATIVE, MOTION TO MODIFY (Document No. 38) filed by Strategic Technologies, Inc.;

3. RESPONSE OF BRIGHTON ASSOCIATES, L.L.C. TO OBJECTIONS TO INTERIM REPORT AND RECOMMENDATIONS OF SPECIAL MASTER (Document No. 39); and the

4. REPLY OF STRATEGIC TECHNOLOGIES, INC. TO RESPONSE OF BRIGHTON ASSOCIATES, L.L.C. TO OBJECTIONS TO INTERIM REPORT AND RECOMMENDATION OF SPECIAL MASTER (Document No. 40),

and it appearing to the Court upon *de novo* review that the findings of fact and conclusions of law as set forth in the Report and Recommendations of the Special Master are **AFFIRMED**, and the Objections of Strategic Technologies, Inc., are **OVERRULED**,

NOW THEREFORE, it is **ORDERED, ADJUDGED and DECREED** that:

1. Strategic Technologies, Inc. has turned over to the Special Master its list of the customers contacted to perform document redesign from January 1, 2005 to the present. The Special Master is authorized to inform Brighton Associates of the names on said list that correspond to names on its (A) customer and (B) prospect lists which have also been furnished to the Special Master.

2. In accordance with the agreement of the parties, Strategic Technologies, Inc. will promptly produce to Brighton all documents, redacted or unredacted, that were submitted for inspection to the Special Master.

3. All parties to bear their own costs, including cost of any computer experts engaged by them.

4. The Special Master will remain in place under this Court's Order of March 14, 2006 until all documents have been exchanged, any objections to the exchange resolved and the deposition contemplated by the Subpoena, if any, has been completed. Thereafter, he shall make his final report and conclude his service.

BY THE COURT:

s/ Terrence F. McVerry
United States District Court Judge

cc: Anthony J. Basinski, Esquire
Email: AJB@pbandg.com

J. Michael Baggett, Esquire
Email: baggettmj@aol.com
Matthew F. Prewitt, Esquire
Email: PrewittM@gtlaw.com

ISMAEL C. REYES
Andrea L. D'Ambra, Esquire
Email: andrea.dambra@dbr.com
David B. Sudzus, Esquire
Drinker Biddle & Reath LLP
115 South LaSalle Street - 23rd Floor
Chicago, IL 60603-3862

SPECIAL MASTER
H. Woodruff Turner, Esquire
Email: w.turner@KLNG.com